# UNITED STATES DISTRICT COURT

District of Massachusetts

Deirdre Carroll

v.

Capital Advisors Group, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10505 RGS

TO: (Name and address of Defendant)

Capital Advisors Group, Inc.
29 Crafts Street
Suite 270
Newton, MA 02458

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 17 2005

CLERK

(By) DEPUTY CLERK