UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEIRDRE CARROLL )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CAPITAL ADVISORS GROUP, )<br>INC. )<br>    Defendant )<br> ) | Case No. 05-10505-RGS |

<b><u>NOTICE OF APPEARANCE</u></b>

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance for Defendant Capital Advisors Group, Inc. in this matter.

                CAPITAL ADVISORS GROUP, INC.,

                By its attorneys,

                /s/    Leonard F. Clarkin

                Leonard F. Clarkin, BBO#085800
                John R. Cavanaugh, BBO #558648
                Clarkin, Sawyer & Phillips, P.C.
                20 William Street, Suite G-75
                Wellesley, MA 02481
                781-431-2525

Dated: May 18, 2005