UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEIRDRE CARROLL )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CAPITAL ADVISORS GROUP, )<br>INC. )<br>    Defendant )<br> ) | Case No. 05-10505-RGS |

**DEFENDANT CAPITAL ADVISORS GROUP, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Capital Advisors Group, Inc. hereby makes the following disclosure:

1. There is no parent corporation of Defendant Capital Advisors Group, Inc.; and

2. There is no publicly held corporation that owns 10% of more of the stock of Defendant Capital Advisors Group, Inc.

                                        CAPITAL ADVISORS GROUP,
                                        INC.,
                                        By its attorneys,

                                        /s/   John R. Cavanaugh
                                        _____
                                        Leonard F. Clarkin, BBO#085800
                                        John R. Cavanaugh, BBO #558648
                                        Clarkin, Sawyer & Phillips, P.C.
                                        20 William Street, Suite G-75
                                        Wellesley, MA 02481
                                        781-431-2525

Dated: May 23, 2005