UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10505-RGS

DEIRDRE CARROLL
Plaintiff

v.

CAPITAL ADVISORS GROUP, INC.
Defendant

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, hereby agree and stipulate that pursuant to Rule 41(a)(1)(ii) of the federal Rules of Civil Procedure, this action be dismissed with prejudice, all rights of appeal waived, all parties to bear their own fees and costs.

| Deirdre Carroll | Capital Advisors Group, Inc. |
| By her attorney | By its attorney |
| *(signature)* | *(signature)* |
| Mitchell J. Notis | Leonard F. Clarkin, Esq. |
| Law Office of Mitchell J. Notis | Clarkin, Sawyer & Phillips, P.C. |
| 370 Washington Street | 20 William Street |
| Brookline, MA 02445 | Wellesley, MA 02481 |
| 617-566-2700 | 781-431-2525 |